## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 20 MM 2019
:
Respondent   :
:
:
:
v.   :
:
:
LEROY GRIFFIN,   :
:
Petitioner   :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2019, the Application for Appointment of Counsel is DENIED.